No. 673.   Scocozza et al. *v.* Erie Railroad Co.   C. A. 2d Cir.   Certiorari denied.   *William J. Dempsey* for petitioners.   *Theodore. Kiendl, Edward J. McGratty, Jr.* and *Cleveland C. Cory* for respondent.

No. 681.   Shaw *v.* Dreyfus et .al.   C. A. 2d Cir. Certiorari denied.   *Morris J. Levy* for petitioner.   *John A. Wilson* for respondents.

No. 682.   Mather & Co. *v.* Commissioner of Internal Revenue.   C. A. 3d Cir.   Certiorari denied.   *Frederick H. Spotts, Thomas Stokes* and *George Wharton Pepper* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *S. Walter Shine* for respondent.

No. 683.   Hartmann *v.* American News Co.   C. A. 7th Cir.   Certiorari denied.   *Alfred A. Albert* for petitioner.   *William D. Whitney* for respondent.

No. 686.   Dunnell *v.* Safeway Stores, Inc.   C. A. 9th Cir.   Certiorari denied.   *Emory L. Groff* for petitioner.   *George Herrington* for respondent.

Nos. 687 and 688.   Metropolitan Trust Co. *v.* Muter Company et al.   C. A. 7th Cir.   Certiorari .denied.   *Thomas D. Nash* for petitioner.   *Thomas Dodd Healy* and *A. Bradley Eben* for respondents.

